IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOAN MIGLIACCIO, *et al.,* | ) | |
| | ) | Case No. 1:22-cv-0835 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | **CONSOLIDATION ORDER** |
| Defendant, | ) | |
| | ) | |
| AND | ) | Case No. 1:22-cv-1229 |
| | ) | |
| JOHN DOE, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PARKER HANNIFIN CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Fed. R. Civ. P. 42 and because the captioned cases share common questions of law and fact, the Court hereby CONSOLIDATES *John Doe v. Parker Hannifin,* 1:22-cv-1229, into the previously filed case, *Migliaccio v. Parker Hannifin,* 1:22-cv-0835. *John Doe* 1:22-cv-1229 will be administratively closed and all future filings should be docketed in *Migliaccio,* 1:22-cv-0835.

IT IS SO ORDERED.

Dated: July 20, 2022  *s/Dan Aaron Polster*
United States District Judge